IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARION SHARP Plaintiff(s), v. GNRG, LLC Defendant(s). | CIVIL ACTION Case No. 23-3573 |

## ORDER

AND NOW, this 19th day of March 2025, having been reported that the issues among the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is ORDERED that the above action is DISMISSED with prejudice, pursuant to agreement of counsel, with each party to bear its own costs and fees.

BY THE COURT:

_____
HONORABLE KAI N. SCOTT
United States District Court Judge

1

Proposed Order jointly submitted by,

Dated: February 27, 2025

| BROWN, LLC | PEREZ & MORRIS LLC |
|---|---|
| By: */s/ Nicholas Conlon* <br> Nicholas Conlon (PHV) <br> 111 Town Square Place, Suite 400 <br> Jersey City, NJ 07310 <br> (877) 561-0000 <br> nicholasconlon@jtblawgroup.com <br><br> *Attorney for Plaintiff* | By: */s/ Rachel Sorrentino* <br> Rachel E. Sorrentino, Esquire <br> Identification No. 329018 <br> 1600 John F. Kennedy Blvd., Suite 1050 <br> Philadelphia, PA 19018 <br> rsorrentino@perez-morris.com <br><br> *Attorney for Defendant, GNRG, LLC* |